<HTML>
<HEAD>
<META NAME="Generator" CONTENT="WordPerfect 9">
<TITLE></TITLE>
</HEAD>
<BODY TEXT="#000000" LINK="#0000ff" VLINK="#551a8b" ALINK="#ff0000" BGCOLOR="#c0c0c0">


TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN











NO. 03-99-00764-CV








Simon Property Group (Texas) L.P. d/b/a Barton Creek Square Mall, Appellant





v.






Oficina Legal Del Pueblo Unido, Inc. d/b/a Texas Civil Rights Project and



James C. Harrington, Appellees










FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT



NO. 99-11119, HONORABLE MARY PEARL WILLIAMS, JUDGE PRESIDING 









PER CURIAM




Appellant has filed a motion to dismiss this appeal. We grant the motion and
dismiss this appeal. See Tex. R. App. P. 42.1(a)(2).





Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel



Dismissed on Appellant's Motion



Filed: January 21, 2000



Do Not Publish


</BODY>
</HTML>